JOHN SALVATORE *v.* ZONING BOARD OF APPEALS OF
THE TOWN OF ROCKY HILL ET AL.

The petition by the defendant Demetrios
Mihalopoulos for certification for appeal from the
Court of Common Pleas in Hartford County is
denied by the court.

*John E. Fazzano,* in support of the petition.

Submitted December 29, 1977—decided January 10, 1978

ARTHUR KOEHLER *v.* JOYCE KOEHLER

The defendant's motion to dismiss the appeal
from the Superior Court in New Haven County is
denied by the court.

*Robert C. Flanagan,* for the appellee (defendant).
*Howard A. Jacobs,* for the appellant (plaintiff).

Argued January 11—decided January 11, 1978

PETER H. GALULLO ET AL. *v.* CITY OF WATERBURY
ET AL.

The application by William T. Barrante for per-
mission to file a brief as amicus curiae in the appeal
from the Court of Common Pleas in the judicial
district of Waterbury is granted by the court.

*William T. Barrante,* in support of the applica-
tion.

Submitted December 29, 1977—decided January 25, 1978